Brenton R. Babcock (SBN 162,120)
brent.babcock@knobbe.com
Michelle E. Armond (SBN 227,439)
michelle.armond@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
T: (949) 760-0404; F: (949) 760-9502

JS-6

Attorneys for Plaintiffs
TREASURE GARDEN, INC. and
OLIVER JOEN-AN MA

Michael J. Song (SBN 243,675)
MSong@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
T: (310) 788-9900; F: (310) 788-3399

Attorney for Defendant
LANCER & LOADER GROUP, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TREASURE GARDEN, INC., a California corporation, and OLIVER JOEN-AN MA, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LANCER & LOADER GROUP, LLC, a New York limited liability company, and BED BATH & BEYOND INC., a New York corporation,<br><br>　　　　Defendants. | Civil Action No. 13-cv-00123 RWSL (CWx)<br><br>**STIPULATED PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE AS TO DEFENDANT LANCER & LOADER GROUP, LLC**<br><br>The Honorable Ronald S.W. Lew |

///

///

///

*1*     This case having come before this Court, and it being represented to the *2* Court that Plaintiffs Treasure Garden, Inc. ("Treasure Garden") and Oliver *3* Joen-an Ma ("Ma") (collectively, "Plaintiffs"), on the one hand, and Defendant *4* Lancer & Loader Group, LLC ("Lancer & Loader"), on the other hand *5* (collectively, the "Parties"), have compromised and settled the matters in *6* dispute, IT IS HEREBY ORDERED, ADJUDICATED and DECREED:

*7* **<u>PERMANENT INJUNCTION ORDER</u>**

*8*     Having considered the Stipulation of the Parties, and for good cause *9* shown, IT IS HEREBY ORDERED THAT:

*10*     1.    This Court has jurisdiction over the Parties and the subject matter *11* in this case.

*12*     2.    Venue is proper in this judicial district.

*13*     3.    As used in this Order, "Disputed Umbrella Lights" refers to the *14* following umbrella light products at issue in this action:

| Lancer and Loader 1040-1 | Lancer and Loader 1040-Rubber |
|---|---|
| | |
| | |

-1-

4. Pursuant to 35 U.S.C. § 283, as of the date of this Court's Order, Lancer & Loader, and any of its employees, agents, representatives, subsidiaries, directors, principals, officers; any successors and assigns after the date of this Order; and all others acting in concert or participation with Lancer & Loader who receive actual notice of this Order, SHALL BE PERMANENTLY ENJOINED AND RESTRAINED from directly or indirectly importing, making, manufacturing, marketing, advertising, using, offering for sale, and selling during the term of the longer of the Treasure Garden Asserted Patents, the following: (i) the Disputed Umbrella Lights; or (ii) any product insubstantially different from the Disputed Umbrella Lights with respect to the claims of the Treasure Garden Asserted Patents.

5. This Court shall retain jurisdiction of this action to the extent necessary to ensure full compliance with all obligations imposed by this Order, including the enforcement this Stipulated Permanent Injunction by way of contempt or otherwise. The obligations of the Parties, as set forth in this Stipulated Permanent Injunction, shall be enforced, if necessary, exclusively by this Court.

6. Lancer & Loader waives any appeal of the Stipulated Permanent Injunction.

7. Each of the Parties shall bear its own costs, expenses, and attorneys' fees.

///

///

///

|   |   |
|---|---|
| 1 | 8. This is a final judgment as to Lancer & Loader. Subject to this |
| 2 | Court's limited retention of jurisdiction as set forth above, all claims and any |
| 3 | counterclaims filed in this action between Plaintiffs and Lancer & Loader |
| 4 | SHALL BE DISMISSED WITH PREJUDICE. |
| 5 | 9. Having addressed each of the claims and counterclaims in this |
| 6 | action, this case shall be closed. |
| 7 | |
| 8 | IT IS ORDERED |
| 9 | |
| 10 | Dated: 3/5/2014                    By: RONALD S.W. LEW |
| 11 |                                         HON. RONALD S.W. LEW |
|    |                                         SENIOR U.S. DISTRICT JUDGE |

17370380